IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIA CHEVALIER, | No. C-07-0401 MMC |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| SUTTER HOTEL, et al., | (Docket No. 15) |
| Defendants. | |

Before the Court is plaintiff Kia Chevalier's motion for default judgment, filed August 15, 2007. Because the Clerk, on August 29, 2007, declined entry of default against defendants and issued amended summonses to be served upon defendants by the United States Marshal, plaintiff's motion is hereby DENIED, without prejudice.

**IT IS SO ORDERED.**

Dated: August 30, 2007

MAXINE M. CHESNEY
United States District Judge