UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIA C. CHEVALIER, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C07-0401 MMC (BZ) |
| | ) | |
| v. | ) | **ORDER GRANTING REQUEST TO EXCUSE PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE** |
| | ) | |
| SUTTER HOTEL, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Before the court is defendant's request to excuse the personal attendance of its insurance company representative located in Philadelphia, dated December 17, 2007. The request was served upon the plaintiff, who has not objected. Accordingly, the request is **GRANTED.** The representative shall be available to participate by telephone beginning at 9:00 a.m. on February 1, 2008.

Dated: January 3, 2008

                                       Bernard Zimmerman
                                    United States Magistrate Judge