IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIA CHEVALIER, | No. C-07-0401 MMC |
| Plaintiff, | **ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION TO COMPEL** |
| v. | |
| SUTTER HOTEL, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 72-1, defendant Oakland Sutter Hotel's "Motion to Compel (1) Responses to Request for Documents; (2) Plaintiff's Attendance at her Deposition; and (3) Further Responses to Interrogatories," filed February 28, 2008, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.[1]

**IT IS SO ORDERED.**

Dated: February 29, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] The April 11, 2008 hearing date before the undersigned is VACATED.