UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIA C. CHEVALIER,<br><br>           Plaintiff(s),<br><br>      v.<br><br>SUTTER HOTEL, et al.,<br><br>           Defendant(s). | No.  C07-0401 MMC (BZ)<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Orders dated October 23, 2007, January 3, 2008 and January 31, 2008, a settlement conference was scheduled for April 18, 2008 at 9:00 a.m.  Each side was required to make a written settlement offer and file a settlement conference statement in advance of the conference.

Plaintiff Kia Chevalier did not file a settlement conference statement and according to counsel for defendant, did not make a settlement demand as required by the Orders.  Nor did Ms. Chevalier appear for the settlement conference on April 18, 2008 at 9:00 a.m.  Defendant appeared through counsel.  The

1

1 | conference adjourned at 10:00 a.m. with no appearance by
2 | plaintiff.
3 |     Ms. Chevalier is therefore **ORDERED** to show cause or explain
4 | in writing by **May 1, 2008**, why she failed to appear and
5 | otherwise comply with this court's Orders and why she should not
6 | be sanctioned pursuant to Federal Rule 16(f) for her failures.
7 | A hearing on the Order To Show Cause is scheduled for **May 13,**
8 | **2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building,
9 | 450 Golden Gate Avenue, San Francisco, California 94102.
10 | Dated: April 18, 2008
11 |                              _____
12 |                              Bernard Zimmerman
                                 United States Magistrate Judge

g:\bzall\-refs\refs.08\chevalier.osc.wpd

2