IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIA CHEVALIER, | No. C-07-0401 MMC |
| Plaintiff, | **ORDER CERTIFYING APPEAL AS FRIVOLOUS** |
| v. | |
| SUTTER HOTEL, et al., | |
| Defendants. | |

Before the Court is Magistrate Judge Edward M. Chen's Order Conditionally Granting Defendant's Motion to Compel ("Order"), in which the Magistrate Judge, <u>inter</u> <u>alia</u>, recommends that this Court issue a certification that plaintiff's interlocutory appeal, filed April 2, 2008, is frivolous, (<u>see</u> Order, filed April 16, 2008 at 2), and conditions his granting of defendant's motion to compel upon such certification.

The Court agrees that the order from which the April 2, 2008 appeal is taken, specifically, the Court's March 5, 2008 Order Denying Plaintiff's Motion to Strike,[1] is a non-appealable interlocutory order.

Accordingly, in light of the Magistrate Judge's recommendation, and in the interest of effectuating the Magistrate Judge's discovery order, the Court hereby CERTIFIES that the

---

[1] Plaintiff sought to strike defendant's answer and the appearance of defendant's counsel.

Appeal taken by plaintiff from the March 5, 2008 interlocutory Order Denying Plaintiff's Motion to Strike, is frivolous.

**IT IS SO ORDERED.**

Dated: May 6, 2008

MAXINE M. CHESNEY
United States District Judge

2