1  R. RANDY WERTZ (SBN 73128)
   ROGER A. AGEN, ESQ. (SBN 114609)
2  DRYDEN, MARGOLES, SCHIMANECK & WERTZ
   505 Sansome Street, Sixth Floor
3  San Francisco, California 94111
   Telephone: (415) 362-6715
4
   Attorneys for Defendants
5  OAKLAND SUTTER HOTEL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIA CHEVALIER, | CASE NO. C07-0401 MMC |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER** |
| SUTTER HOTEL, OAKLAND SUTTER HOTEL, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties and their counsel, pursuant to a settlement agreement reached between the parties on 5/13/08 before Magistrate Judge Bernard Zimmerman and put on the record electronically, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys fees.

Dated: June 6, 2008

_____
KIA CHEVALIER, IN PRO SE PER

Dated: June 6, 2008

_____
R. RANDY WERTZ, Attorney for
Defendants SUTTER HOTEL, OAKLAND
SUTTER HOTEL

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

1

1  **IT IS SO ORDERED** that the above-captioned action be and hereby is dismissed with prejudice
2  pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.
3
4  Dated: June _10_, 2008
5                                                    MAXINE M. CHESNEY, JUDGE OF THE
                                                     UNITED STATES DISTRICT COURT

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

2